IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-00347-CR-W-HFS |
| ) | |
| KENNETH W. RAY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

I have reviewed the record in this case and agree with the report and recommendation that defendant is mentally competent to stand trial. The report and recommendation are therefore ADOPTED.

           /s/ Howard F. Sachs
           HOWARD F. SACHS
           UNITED STATES DISTRICT JUDGE

August 24, 2006

Kansas City, Missouri